532 A.2d 435

**C.I.T.I. WIDE HEALTH SERVICES, INC.**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF HEALTH, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 23, 1987.

Decided Oct. 23, 1987.

Joel M. Ressler, John G. Knorr, III, Andrew S. Gordon, Office of the Atty. Gen., Harrisburg, for appellant.

Pamela W. Higgins, Geoffrey R. Johnson, Richard A. Sprague, Sprague, Higgins & Creamer, Philadelphia, for appellee.

## ORDER

PER CURIAM:

The Order entered by this Court on June 26, 1987, is vacated, and the Order entered by the Commonwealth

Court on May 21, 1987, granting a preliminary injunction is hereby affirmed.

ZAPPALA, J., dissents.

HUTCHINSON, J., did not participate in the consideration or decision of this case.